United States Courts
Southern District of Texas
FILED
*January 14, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. **4:26-cr-00024** |
| § | |
| RAMON AGUILERA JR. § | |
| § | |
| Defendant § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Title18 U.S.C. § 932(b)(2)- Conspiracy to Straw Purchase Firearms)*

From on or about October 21, 2025, and ending on or about December 16, 2025, in the Houston Division of the Southern District of Texas,

RAMON AGUILERA JR.

the defendant herein, did knowingly and intentionally conspire, and agree with other persons known and unknown to the Grand Jury, to have them purchase a firearm, to wit: Barrett, Model: 82A-1, .50 caliber rifle, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of Ramon Aguilera Jr., knowing or having reasonable cause to believe that Ramon Aguilera Jr. intends to use, carry, possess, sell or otherwise dispose of the firearm in furtherance of a felony, to wit: violations of Title 18, United States Code, Sections 554(a) and 2, aiding and abetting smuggling goods from the United States and Section 924(a)(1)(A) and 2, aiding and abetting the making of a false statement to a federal firearms licensed dealer.

In violation of Title 18, United States Code, § 932(b)(2).

### COUNT TWO
*(Title 18 U.S.C. § 933(a)(2) and (3) – Conspiracy to Traffick Firearms)*

From on or about October 21, 2025, and ending on or about December 16, 2025, in the Houston Division of the Southern District of Texas,

RAMON AGUILERA JR.

the defendant herein, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: Barrett, Model: 82A-1, .50 caliber rifle, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, §§ 933(a)(2) and (3).

## COUNT THREE
(*18 U.S.C. § 554 and 2 – Aiding and Abetting Smuggling Goods from the United States*)

From on or about October 21, 2025, and ending on or about December 16, 2025, in the Houston Division of the Southern District of Texas,

RAMON AGUILERA JR.

the defendant herein, aiding and abetting others known and unknown to the grand jury, knowingly and unlawfully, received, bought, sold, or in any manner facilitated the transportation, concealment, or sale of such merchandise, article, or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Barrett, Model: 82A-1, .50 caliber rifle, which are controlled items as defined in the CCL, knowing the same to be intended for exportation from the United States, contrary to any law or regulation of the United States, that is, Title 50, United States Code, Section 4819, and a Bureau of Industry and Security (BIS) license was required pursuant to Part 742.4, 742.6, and 742.17 of the Export Administration Regulations (EAR) (15 C.F.R. Part 730 et seq.), for the export or re-export to the United Mexican States of the aforementioned items, and the defendant had not received a license or authorization for such export.

In violation of Title 18, United States Code, Sections 554 and 2.

A TRUE BILL:

*Original Signature on File*

FOREPERSON OF THE GRAND JURY

NICHOLAS GANJEI
UNITED STATES ATTORNEY

*Benjamin J. Smith*

BENJAMIN SMITH
Special Assistant United States Attorney
(281) 914-8151 Phone